1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail:marc.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Roberto Olide

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 ROBERTO OLIDE,                    ) Case No.: CV 12-2093 PLA
                                     )
12         Plaintiff,                ) [PROPOSED] ORDER AWARDING
                                     ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                            ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting         ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,  ) U.S.C. § 1920
15                                   )
           Defendant                 )
16 _____   )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of $2,475.00 as
20
   authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by
21
   28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22

23 DATE:   March 19, 2013
                                       THE HONORABLE PAUL L. ABRAMS
24                                     UNITED STATES MAGISTRATE JUDGE

25

26

-1-